UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANDREW L. EDWARDS, | CASE NO. 10cv0008 JM (BLM) |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; REFERRING MATTER TO MAGISTRATE JUDGE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

**Motion to Proceed In Forma Pauperis**

Plaintiff has submitted an application to proceed in forma pauperis. Plaintiff declares that he is unemployed and possesses no significant source of income or asset. Accordingly, the Court **GRANTS** plaintiff's request to proceed in forma pauperis.

After a careful review of the pleadings, the Court orders as follows:

1. The request to proceed in forma pauperis is **GRANTED**.

2. The Clerk of Court shall serve a copy of this order on the United States Attorney General or an authorized representative.

**Referral to Magistrate Judge**

Plaintiff brings this action for review of a decision of the Commissioner of Social Security denying him benefits. All matters arising in this social security appeal are hereby referred to United States Magistrate Barbara Lynn Major for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c). When the parties seek to file motions for summary

1 judgment in this case, the parties shall contact the chambers of Magistrate Judge Major to secure
2 scheduling, filing and/or hearing dates.
3     **IT IS SO ORDERED.**
4 DATED: January 6, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:    Magistrate Judge Major
       All parties